NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PARSONS GLOBAL SERVICES, INC.**
**(ON BEHALF OF ODELL INTERNATIONAL, INC.),**
*Appellant,*

v.

**JOHN McHUGH, SECRETARY OF THE ARMY,**
*Appellee.*

---

2011-1201

---

Appeal from the Armed Services Board of Contract Appeals in no. 56731, Administrative Judge Robert T. Peacock.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Parsons Global Services, Inc.'s unopposed motion to reform the official caption,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

JUN 0 2 2011
———————————
Date

/s/ Jan Horbaly
—————————
Jan Horbaly
Clerk

cc: James J. Gallagher, Esq.
Stacey Grigsby, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 0 2 2011

JAN HORBALY
CLERK